# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1245

_____

Minor Moody,                              *
                                          *
                Appellant,                *     Appeal from the United States
                                          *     District Court for the
        v.                                *     Western District of Missouri.
                                          *
Bill Hedrick,                             *     **[UNPUBLISHED]**
                                          *
                Appellee.                 *

_____

Submitted: March 28, 2002
Filed: April 4, 2002

_____

Before BOWMAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Minor Moody appeals from the district court's[1] order dismissing without prejudice his habeas petition, which he filed during the pendency of an 18 U.S.C. § 4246 commitment proceeding (resulting in a commitment order that is the subject of a separate appeal before us). Because we agree with the district court that Moody

_____

[1]The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the HONORABLE JAMES C. ENGLAND, United States Magistrate Judge for the Western District of Missouri.

must direct his arguments concerning an outstanding criminal charge to the court in which the charge is pending, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-